UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TROY TOD TROSTEL,

    Plaintiff,

Case No. 1:06-CV-81

v.

Hon. Richard Alan Enslen

VINCENT REILLEY, *et al.*,

**ORDER**

    Defendants.
_____/

    This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's March 3, 2006 Judgment dismissing his action for failure to state a claim upon which relief may be granted. Under Rule 7.4(a), Plaintiff must demonstrate that the Court's Judgment suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a).

    In this Motion, Plaintiff has failed to alleged any new facts that would, if proven, entitle him to relief under any theory. Plaintiff has not shown there was a palpable defect or that a different disposition of the case must result; his Motion for Reconsideration is denied. Therefore,

    **IT IS HEREBY ORDERED** that Plaintiff Troy Tod Trostel's Motion for Reconsideration (Dkt. No. 17) is **DENIED**.

DATED in Kalamazoo, MI:
    December 11, 2006

    /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE